# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFERY R. WERNER, | : CIVIL ACTION NO.: 20-1176-LPS |
| *Plaintiff*, | : |
| v. | : |
| HIVE MEDIA GROUP, LLC, and KIPZO, LLC, | : JURY TRIAL DEMANDED |
| *Defendants.* | : |

## [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 20__, upon consideration of the Defendants' Motion to Transfer Venue and the Plaintiff's Opposition thereto, it is hereby **ORDERED** and **DECREED**, that said Motion is **DENIED**.

**BY THE COURT**:

_____
Stark, U.S.D.J.