HIVE MEDIA GROUP, LLC INFRINGEMENT CLAIMS CHART

| Protected Work | Copyright Number | Registraton Date | Date of Infringement | Accused Work URL | Server URL | No. Images Infringed |
|---|---|---|---|---|---|---|
| 160820 Giraffe Woman Without Rings | Vau 1-276-595 | 11.22.2016 | 07.12.2018 | https://www.trend-chaser.com/amazing/after-five-years-of-stretching-her-neck-giraffe-woman-finally-shed-her-rings/ | https://www.trend-chaser.com/wp-content/uploads/2019/03/giraffe-woman-19734-58372.jpg | 1 x 2 = 2 |
| 160820 Giraffe Woman Without Rings | Vau 1-276-595 | 11.22.2016 | 09.27.2019 | https://www.buzznet.com/2019/09/after-five-years-of-stretching-her-neck-giraffe-woman-finally-shed-her-rings/ | https://www.buzznet.com/wp-content/uploads/2019/03/giraffe-woman-19734-58372.jpg | 1 x 2 = 2 |
| 160820 Giraffe Woman Without Rings | Vau 1-276-595 | 11.22.2016 | 10.04.2018 | https://www.ricklaxpresents.com/life/giraffe-girl-finally-removed-the-neck-rings-shed-worn-for-five-years/ | https://www.ricklaxpresents.com/wp-content/uploads/2018/10/sydney-removes-the-coils-64891-74028.jpg | 2 x 2 = 4 |
| | | | | | https://www.ricklaxpresents.com/wp-content/uploads/2018/10/sydney-is-finally-free-coils-80028-14457.jpg | |
| 160820 Giraffe Woman Without Rings | Vau 1-276-595 | 11.22.2016 | 10.04.2018 | https://blog.auntyacid.com/entertainment/this-is-what-it-looks-like-when-a-person-wears-elongating-neck-rings-for-five-years/?view-all&chrome=1 | https://blog.auntyacid.com/wp-content/uploads/2018/10/sydney-is-finally-free-coils-16889-11649.jpg | 2 x 2 = 4 |
| | | | | | https://blog.auntyacid.com/wp-content/uploads/2018/10/sydney-removes-the-coils-68583-13591.jpg | |
| Giraffe Woman Stills 150108, 141222, 150329 | Vau 1-253-880 | 05.10.2016 | 10.04.2018 | https://www.ricklaxpresents.com/life/giraffe-girl-finally-removed-the-neck-rings-shed-worn-for-five-years/ | https://www.ricklaxpresents.com/wp-content/uploads/2018/10/Sydney-V.-Smith-the-Giraffe-Woman-1-48103-33226.jpg | 1 x 2 = 2 |
| Giraffe Woman Stills 150108, 141222, 150329 | Vau 1-253-880 | 05.10.2016 | 10.04.2018 | https://blog.auntyacid.com/entertainment/this-is-what-it-looks-like-when-a-person-wears-elongating-neck-rings-for-five-years/?view-all&chrome=1 | https://blog.auntyacid.com/wp-content/uploads/2018/10/Sydney-V.-Smith-the-Giraffe-Woman-1-88203-26468.jpg | 1 x 2 = 2 |
| Surfing Goat Pismo | VA 1-803-445 | 02.02.2012 | 05.15.2017 | https://www.trend-chaser.com/animals/dont-eat-these-40-cute-pets/13/ | https://www.trend-chaser.com/wp-content/uploads/2016/02/goatsurfing.jpg | 1 x 2 = 2 |
| 120815 Airplane home - Stills | VA 1-917-856 | 06.09.2014 | 10.24.2019 | https://www.bavardist.com/life/man-converted-a-boeing-727-into-his-home-in-the-woods/ | https://www.bavardist.com/wp-content/uploads/2019/01/purchasingaplane-19324-53566.jpg | 8 x 2 = 16 |

Case 1:20-cv-01776-PGG Document 17-4 Filed 03/20/20 Page 2 of 3 PageID #: 126
Case 1:20-cv-01776-PGG Document 1-17 Filed 03/02/20 Page 13 of 214 PageID #: 126

HIVE MEDIA GROUP, LLC INFRINGEMENT CLAIMS CHART

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | https://www.bavardist.com/wp-content/uploads/2019/01/maintenance-52536-76999.jpg | |
| | | | | | | https://www.bavardist.com/wp-content/uploads/2019/01/thereveal-68264-88741.jpg | |
| | | | | | | https://www.bavardist.com/wp-content/uploads/2019/01/modestlife-21958-61153.jpg | |
| | | | | | | https://www.bavardist.com/wp-content/uploads/2019/01/innovationforhygene-29581-18974.jpg | |
| | | | | | | https://www.bavardist.com/wp-content/uploads/2019/01/originalcockpit-68225-32207.jpg | |
| | | | | | | https://www.bavardist.com/wp-content/uploads/2019/01/workspace-41516-89094.jpg | |
| | | | | | | https://www.bavardist.com/wp-content/uploads/2019/01/landscaping-59905-38453.jpg | |
| 120815 Airplane home - Stills | VA 1-917-856 | 06.09.2014 | 07.31.2018 | https://www.giveitlove.com/meet-the-man-who-converted-a-boeing-727-into-his-home-in-the-woods/ | https://www.giveitlove.com/wp-content/uploads/2019/01/purchasingaplane-19324-53566.jpg | 8 x 2 = 16 |
| | | | | | | https://www.giveitlove.com/wp-content/uploads/2019/01/maintenance-52536-76999.jpg | |
| | | | | | | https://www.giveitlove.com/wp-content/uploads/2019/01/thereveal-68264-88741.jpg | |
| | | | | | | https://www.giveitlove.com/wp-content/uploads/2019/01/modestlife-21958-61153.jpg | |
| | | | | | | https://www.giveitlove.com/wp-content/uploads/2019/01/innovationforhygene-29581-18974.jpg | |

| | | | | | https://www.giveitlove.com/wp-content/uploads/2019/01/originalcockpit-68225-32207.jpg | |
|---|---|---|---|---|---|---|
| | | | | | https://www.giveitlove.com/wp-content/uploads/2019/01/workspace-41516-89094.jpg | |
| | | | | | https://www.giveitlove.com/wp-content/uploads/2019/01/landscaping-59905-38453.jpg | |
| 120815 Airplane home - Stills | VA 1-917-856 | 06.09.2014 | 10.21.2019 | https://www.japacrunch.com/life-story/meet-the-man-who-converted-a-boeing-727-into-his-home/ | https://www.japacrunch.com/wp-content/uploads/2019/01/purchasingaplane-19324-53566.jpg | 8 x 2 = 16 |
| | | | | | https://www.japacrunch.com/wp-content/uploads/2019/01/maintenance-52536-76999.jpg | |
| | | | | | https://www.japacrunch.com/wp-content/uploads/2019/01/thereveal-68264-88741.jpg | |
| | | | | | https://www.japacrunch.com/wp-content/uploads/2019/01/modestlife-21958-61153.jpg | |
| | | | | | https://www.japacrunch.com/wp-content/uploads/2019/01/innovationforhygene-29581-18974.jpg | |
| | | | | | https://www.japacrunch.com/wp-content/uploads/2019/01/originalcockpit-68225-32207.jpg | |
| | | | | | https://www.japacrunch.com/wp-content/uploads/2019/01/workspace-41516-89094.jpg | |
| | | | | | https://www.japacrunch.com/wp-content/uploads/2019/01/landscaping-59905-38453.jpg | |
| 4 Works Infringed | | | | | | 66 Infringement |