# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JEFFERY R. WERNER,** | : | **CIVIL ACTION NO.: 20-1176-LPS** |
| | : | |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| **HIVE MEDIA GROUP, LLC, and** | : | **JURY TRIAL DEMANDED** |
| **KIPZO, LLC,** | : | |
| | : | |
| *Defendants.* | : | |

## NOTICE OF SERVICE

NOW COMES, Plaintiff, Jeffery R. Werner (hereinafter "Mr. Werner"), and hereby provides notice that he has submitted Rule 26(a) Disclosures to all counsel of record.

        BY:    /s/ Aman K. Sharma
                  Aman K. Sharma, Esquire (#5706)
                  Igwe & Sharma, LLC
                  1201 North Orange St. Suite 502,
                  Wilmington, DE 19801
                  (302) 842-2470
                  aman@igwesharma.com
                  *Attorneys for Plaintiff*

                  Appearing *pro hac vice*:
                  **SPECTOR GADON ROSEN VINCI, P.C.**
                  Bruce Bellingham, Esquire
                  1635 Market Street, 7th Floor
                  Philadelphia, PA 19103
                  (215) 241-8916
                  BBellingham@sgrvlaw.com

## CERTIFICATE OF SERVICE

I, Aman K. Sharma, Esquire, certify that on January 10, 2021, I caused a true and correct copy of the foregoing Notice of Plaintiff's Rule 26 Disclosures upon the following by e-mail and e-filing:

Chad M. Shandler (#3796)
Renée Mosley Delcollo (#6442)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
shandler@rlf.com
delcollo@rlf.com

J. Matthew Williams
Mitchell Silberberg & Knupp LLP
1818 N Street, NW, 7th Floor
Washington, DC
mxw@msk.com

/s/ *Aman K. Sharma*
Aman K. Sharma